IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

NOV - 2 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

CINDY RODRIGUEZ SINGH (01)
ARSHDEEP SINGH (02)

4:23-MJ-_823_____

## MOTION TO UNSEAL

The United States, acting by and through the undersigned United States Attorney

for the Northern District of Texas, requests this Court for an Order unsealing the

Complaint filed in this cause on November 2, 2023, as to the above-named defendants.

Investigation in this matter requires law enforcement to share information as it relates to

this complaint and the accompanying arrest warrants.  Therefore, the government

respectfully requests the Court unseal the Complaint and arrest warrants in this matter.

Respectfully Submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


s/ Aisha Saleem_____
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: Aisha.Saleem@usdoj.gov