

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          NO. 4:23-MJ-823

CINDY RODRIGUEZ SINGH (01)
ARSHDEEP SINGH (02)

## ORDER

Came on to be considered the government's motion to unseal the complaint filed on November 2, 2023, against defendants **Cindy Rodriguez Singh** and **Arshdeep Singh**. The Court finds the motion to be meritorious.

It is therefore Ordered, Adjudged, and Decreed, that the government's motion to unseal the complaint filed against defendants **Cindy Rodriguez Singh** and **Arshdeep Singh** in this Cause be, and is hereby, Granted.

Signed this ___2D___ day of November 2023.

_____
Hal R. Ray, Jr.
United States Magistrate Judge